UST-32, 3-03

CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ 85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| DINCA, ION | ) | CASE NO. 07-06711-PHX-RTB |
| MURESANU, TATIANA | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

CONSTANTINO FLORES, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3001 | 10/29/09 | ION DINCA<br>TATIANA MURESANU<br>6922 W. ORAIBI DR.<br>GLENDALE, AZ 85308 | $110.00 |

*July 1, 2010*         */s/ Constantino Flores*
  DATE           Constantino Flores, Trustee